Honorable Lonny R. Suko

Michael A. Patterson, WSBA 7976
Michael T. Kitson, WSBA 41681
PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.
2112 Third Avenue, Suite 500
Seattle, WA 98121
Tel. 206.462.6700
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

BETTY RUCKER, and others,

Plaintiffs,

v.

SPOKANE COUNTY, a municipal corporation,

Defendant.

No. CV-12-05157-LRS

ORDER GRANTING JOINT MOTION FOR CLASS CERTIFICATION FOR SETTLEMENT PURPOSES AND PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT

THIS MATTER, having come regularly before the Court in the above-captioned matter upon the Parties' Joint Motion for Class Certification for Settlement Purposes and Preliminary Approval of Proposed Settlement, pursuant to Federal Rule of Civil Procedure ("FRCP") 23(a) and 23(b)(3), and the Court having reviewed the files and pleadings herein, including:

1. Joint Motion for Class Certification for Settlement Purposes and Preliminary Approval of Proposed Settlement; and

ORDER GRANTING JOINT MOTION FOR CLASS CERTIFICATION FOR SETTLEMENT PURPOSES AND PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT- 1
CV-12-05157-LRS
12-5157 Proposed Order Granting Joint Motion for Class Cert

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.
2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700 Fax 206.462.6701

2. The Declaration of Michael T. Kitson in Support of Joint Motion for Class Certification for Settlement Purposes and Preliminary Approval of Proposed Settlement, including the *Settlement Agreement*, which together with the exhibits thereto, sets forth the terms and conditions for a proposed settlement of this matter.

THE COURT FINDS and ORDERS:

1. This Order ("Preliminary Approval Order") incorporates by reference the definitions in the *Settlement Agreement*; all italicized terms shall have the same meanings set forth in the *Settlement Agreement*.

2. The class definition proposed by the parties is appropriate.

3. The requirements of FRCP 23(a) are satisfied.

4. The action is properly maintained as a class action under FRCP 23(b)(3).

5. Betty Rucker is an appropriate class representative.

6. Plaintiff's counsel, Breean L. Beggs, Jeffry K. Finer, and Andrew Biviano are qualified to serve as *Class Counsel*.

7. The *Class* shall be certified as:

> All individuals who were incarcerated in Spokane County Jail between January 26, 2008, and the date the court preliminarily approves settlement of the case, for failure to pay their Legal Financial Obligations as directed by an agreed "Order Enforcing Sentence-LFO."

8. The Court preliminarily approves the *Settlement Agreement* and the *Plan of Allocation* to be fair, reasonable, and adequate.

5. The Court approves, as to form and content, the proposed *Settlement Agreement*, which is annexed as Exhibit A to the Declaration of Michael T.

ORDER GRANTING JOINT MOTION FOR CLASS CERTIFICATION FOR SETTLEMENT PURPOSES AND PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT- 2
CV-12-05157-LRS
12-5157 Proposed Order Granting Joint Motion for Class Cert

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.
2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700 Fax 206.462.6701

Kitson in Support of Joint Motion for Class Certification for Settlement Purposes and Preliminary Approval of Proposed Settlement.

6. The Court approves, as to form and content, the *Official Notice* of *Class Action* and *Publication Notice*, which are annexed as Exhibit B and Exhibit C to the Declaration of Michael T. Kitson in Support of Joint Motion for Class Certification for Settlement Purposes and Preliminary Approval of Proposed Settlement.

7. The Court finds that the mailing, publication, and distribution of the *Mailed Notice* and *Publication Notice* substantially in the manner and form set forth in paragraph 9 below, constitutes the best notice practicable under the circumstances, including individual notice to all *Class Members*, and constitutes valid, due, and sufficient notice to all persons entitled thereto, complying fully with the requirements of Fed. R. Civ. P. 23 and due process.

8. The Court approves the following schedule:

| | |
|---|---|
| Notice mailed to Class Members | Within 30 days after the Order of Preliminary Approval |
| *Publication Notice* published in English in the *Spokesman Review* and posted at Spokane County Jail | No later than 21 days after the Order of Preliminary Approval |
| Last day for Class Members to object to or opt-out of Settlement. | January 23, 2015 |
| Deadline for filing Motion For Final Approval Of Class Settlement And For Attorney's Fees | January 28, 2015 |
| Final Approval Hearing | February 25, 2015 |

///

///

ORDER GRANTING JOINT MOTION FOR CLASS CERTIFICATION FOR SETTLEMENT PURPOSES AND PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT- 3
CV-12-05157-LRS
12-5157 Proposed Order Granting Joint Motion for Class Cert

PATTERSON BUCHANAN FOBES & LEITCH, INC., P.S.
2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700 Fax 206.462.6701

9. Notice shall be issued by the *County* in the following form: The County shall cause to be mailed, by first class mail, copies of the *Class Notice Form* to the last known address of all *Class Members*. The *Publication Notice* will run twice (once on a weekday and once on a Sunday) in the *Spokesman Review*. The *Publication Notice* will run within 21 days after preliminary approval is entered by this Court.

10. At or prior the Fairness Hearing (as defined below), the *County* shall file with the Court and serve on *Class Counsel* proof by declaration or affidavit of the mailing, publication, and posting at Spokane County Jail described in paragraph 9 above.

11. A hearing (the "Fairness Hearing") shall be held on February 25, 2015, at 2 p.m. before the Honorable Lonny R. Suko, United States District Court Judge, at the United States District Court for the Eastern District of Washington, 920 West Riverside Avenue, Spokane, WA 99201, for the purpose of determining: (a) whether the proposed *Settlement* as set forth in the *Agreement* is fair, reasonable and adequate and should be approved by the Court; (b) whether an *Order of Final Judgment and Dismissal* should be entered; (c) whether the proposed *Plan of Allocation* is fair and reasonable and should be approved by the Court; (d) whether and in what amount attorneys' fees and costs should be awarded to *Class Counsel*; and (e) whether and in what amount an *Incentive Award* should be issued to the *Named Plaintiff*, and to rule upon such other matters as the *Agreement* contemplates and as the Court may deem just and proper.

///

///



PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.
2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700 Fax 206.462.6701

12. A Joint Motion for Final Approval of the Class Settlement and Final Judgment and Dismissal, and all papers in support of the Settlement shall be filed at least fifteen (15) days prior to the *Fairness Hearing*.

13. Any *Class Member* may appear and show cause as to why the Court should or should not:  (a) approve the proposed *Settlement* as set forth in the *Settlement Agreement* as fair, reasonable and adequate; (b) enter the Order of Final Judgment and Dismissal; (c) award attorneys' fees and costs to *Class Counsel*; and/or (d) award an *Incentive Award* to the *Named Plaintiff*, provided, however, that no person shall be heard with respect to, or shall be entitled to contest, the foregoing matters unless on or before January 25, 2015, that person has mailed notice of his, her or its intention to appear, setting forth briefly each objection and the basis therefore, together with copies of any papers and briefs in support of said objections and proof of membership in the *Class*, to the Clerk of the Court at the following address:  Thomas S. Foley U.S. Courthouse, 920 West Riverside Avenue, Spokane, WA 99201.  Unless otherwise ordered by the Court, any *Class Member* who does not make his or her objection in the manner provided for herein, shall be deemed to have waived such objection and shall forever be foreclosed from making any objection to the foregoing matters.

14. The Court may adjourn the Fairness Hearing from time to time and without further notice to the *Class*.  The Court reserves the right to approve the *Settlement* at or after the Fairness Hearing with such modifications as may be consented to by the *Settling Parties* and without further notice to the *Class*.  The Court further reserves the right to enter a *Final Order*, dismissing the action with prejudice as to the Defendant and against the *Named Plaintiff* and the *Class* at or after the Fairness Hearing and without further notice to the *Class*.

ORDER GRANTING JOINT MOTION FOR
CLASS CERTIFICATION FOR
SETTLEMENT PURPOSES AND
PRELIMINARY APPROVAL OF
PROPOSED SETTLEMENT- 5
CV-12-05157-LRS
12-5157 Proposed Order Granting Joint Motion for Class Cert

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

2112 Third Avenue, Suite 500, Seattle  WA  98121
Tel. 206.462.6700  Fax 206.462.6701

15. Upon entry of the Final Order, the *Named Plaintiff*, and each of the *Class Members*, on behalf of themselves, their successors, assigns, and any other person claiming (now and in the future) through or on behalf of them, and regardless of whether any such *Named Plaintiff* or *Class Member* ever seeks or obtains by any means any distribution from the *Settlement Fund*, shall be bound by the *Final Order* and by the terms of the *Settlement Agreement*. Upon entry of the *Final Order*, the Court will dismiss the action in its entirety as to the *County*, with prejudice and without costs (except as otherwise provided in the *Agreement*).

16. All reasonable costs and expenses incurred in identifying and providing notice to *Class Members* and in administering the *Settlement Fund* shall be paid as set forth in the *Settlement Agreement*.

17. The Court retains jurisdiction over all proceedings arising out of or related to the *Settlement Agreement*.

18. If for any reason the *Settlement Agreement* does not become effective in accordance with the terms of the *Settlement Agreement*, this Preliminary Approval Order shall be rendered null and void and shall be vacated nunc pro tunc.

19. Without further order of the Court, the *Settling Parties* may agree to reasonable extensions of time to carry out any of the provisions of this Preliminary Approval Order or the *Agreement*.

20. Pending final determination as to whether the *Settlement*, as set forth in the *Settlement Agreement*, should be approved, no *Class Member* shall commence, prosecute, pursue, or litigate any *Released Claims* against the *County*,

///

///

ORDER GRANTING JOINT MOTION FOR CLASS CERTIFICATION FOR SETTLEMENT PURPOSES AND PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT- 6
CV-12-05157-LRS
12-5157 Proposed Order Granting Joint Motion for Class Cert

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700  Fax 206.462.6701

whether directly, representatively, or in any other capacity, and regardless of whether or not such *Class Member* has appeared in the action.

IT IS SO ORDERED.

Dated: September 19, 2014.

***s/Lonny R. Suko***

LONNY R. SUKO
SENIOR U.S. DISTRICT COURT JUDGE

ORDER GRANTING JOINT MOTION FOR CLASS CERTIFICATION FOR SETTLEMENT PURPOSES AND PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT- 7
CV-12-05157-LRS
12-5157 Proposed Order Granting Joint Motion for Class Cert

**PATTERSON BUCHANAN FOBES & LEITCH, INC., P.S.**
2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700 Fax 206.462.6701